1

2

3

4                                 UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6

7    ANTHONY J. BUSH,                              Case No.  16-cv-02460-RS

             Plaintiff,
8

9          v.                                      **ORDER TO SHOW CAUSE**

10   MONDELEZ INTERNATIONAL, INC., et
     al.,
11
             Defendants.

12

13        Defendants filed a motion to dismiss on August 15, 2016.  Under Local Rule 7-3,

14   Plaintiff's response was due on August 29, 2016.  Plaintiff, however, filed nothing until

15   September 22, 2016.  By October 6, 2016 at 12:00 p.m., Plaintiff is ordered to show cause, via

16   sworn declaration, why he submitted his response 24 days late.  Failure to show good cause may

17   result in dismissal of the case for failure to prosecute.

18

19   **IT IS SO ORDERED**.

20

21   Dated: 10/3/16

22                                                 _____

23                                                 RICHARD SEEBORG
                                                   United States District Judge
24

25

26

27

28

United States District Court
Northern District of California