

SEP 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| ANTHONY J. BUSH, individually and on behalf of all others similarly situated, Plaintiff-Appellant, v. MONDELEZ INTERNATIONAL, INC. and MONDELEZ GLOBAL LLC, Defendants-Appellees. | No. 17-15126  D.C. No. 3:16-cv-02460-RS Northern District of California, San Francisco  ORDER |
|---|---|

Appellant's motion to dismiss this appeal (Docket Entry No. 12) is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation