UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                General Court Number
Clerk of Court                                                                        415-522-2000

September 27, 2017

CASE NUMBER:  16-cv-02460-RS

CASE TITLE: Bush v. Mondelez International, Inc.

USCA NUMBER:  17-15126

DATE MANDATE FILED:  September 27, 2017

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Very truly yours,

Susan Y. Soong, Clerk

_____
by: Gina Agustine
Case Systems Administrator
(415) 522-2087